IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| Wendi Jeffers, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:21-cv-02169-CSB-EIL |
| First National Bank of Omaha, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF SETTLEMENT

The Parties hereby gives notice to the Court that they have reached a settlement of this matter. The Parties hereby request that this Court cancel or stay all dates and give them leave to file for dismissal by August 14, 2024.

Dated:  July 1, 2024

One of Plaintiff's Attorneys

/s/ David J. Philipps_____

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465

One of Defendant's Attorneys

/s/ Cory J. Rooney w-permission

Cory J. Rooney
Law Firm Of Cory J. Rooney, P.C.
P.O. Box 382
Omaha, Nebraska 68101

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 1, 2024, a copy of the foregoing **Notice of Settlement** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Cory J. Rooney                                          rooneylaw@outlook.com  
Law Firm Of Cory J. Rooney, P.C.  
P.O. Box 382  
Omaha, NE 68101


/s/ David J. Philipps_____

David J. Philipps  
Philipps & Philipps, Ltd.  
9760 South Roberts Road  
Suite One  
Palos Hills, Illinois 60465  
(708) 974-2900  
(708) 974-2907 (FAX)  
davephilipps@aol.com